Argued and submitted January 30, affirmed February 20, 2002

STATE OF OREGON,
*Respondent,*

*v.*

MERCEDES GARCIA RODRIGUEZ,
*Appellant.*

99-03-9581C, 00-04-417C; A111426 (Control), A111427
(Cases Consolidated)

40 P3d 1086

Beth Corbo, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, State Public Defender.

Jennifer Scott Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Johnston,* 176 Or App 418, 31 P3d 1101 (2001).